| DAISY ELLIS, LINDSEY DUBOSE, AND SAMANTHA MAZA | * | NO. 2024-CA-0721 |
|---|---|---|
| | * | COURT OF APPEAL |
| VERSUS | * | FOURTH CIRCUIT |
| RICHARD M. IRELAND, JR | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**DLD**  **DYSART, J., CONCURS IN PART**

I concur with the result reached by the majority but for a different reason. The property subject to the lease agreement was rendered uninhabitable for one reason – Hurricane Ida. The expert testimony notwithstanding, the photographs and testimony demonstrated that Hurricane Ida caused roof damage, resulting in water intrusion, mold and property damage. Despite the landlord's prompt response, the property was uninhabitable and the tenants were clearly within their rights to terminate the lease. *See* La. C.C.P, art. 2715.